UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07·21·08
```

-------------------------------------------------------------- x

NAVISION SHIPPING COMPANY A/S,                    :

                                                  :    **EX PARTE ORDER FOR**
                              Plaintiff,           :    **PROCESS OF MARITIME**
         -against-                                :    **ATTACHMENT AND**
                                                  :    **GARNISHMENT**
CAMELOT SHIPPING GMBH & CO. KG,                   :
                                                  :    08 Civ. 6474  (LTS)
                              Defendant.          :
                                                  :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J. (Part I):

WHEREAS on July 21, 2008, Plaintiff Navision Shipping Company A/S filed a

Verified Complaint herein for damages amounting to $47,099.18 inclusive of interest, costs, and

attorneys' and arbitrators' fees, and praying for the issuance of an ex parte order for Process of

Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules

for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

WHEREAS the attorney for Plaintiff has filed a Supporting Affidavit describing

the efforts made by and on behalf of the Plaintiff to find and serve the Defendant within the

District; and

WHEREAS the Court has reviewed the Verified Complaint and the Supporting

Affidavit, and the conditions set forth in Supplemental Admiralty Rule B appear to exist; and

WHEREAS the Process of Maritime Attachment and Garnishment would

command that the United States Marshal or other designated process server attach any and all of

the Defendant's property within the Southern District of New York; it is hereby

ORDERED that Process of Maritime Attachment and Garnishment shall issue

against all tangible or intangible property belonging to, claimed by, or being held for the

Defendant by any garnishees within this District, pursuant to Supplemental Admiralty Rule B;

and it is further

1

ORDERED that any person claiming interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to an adversary hearing within three court days, subject to this Court's modification; and it is further

ORDERED that supplemental process enforcing this Court's order may be issued by the Clerk upon application within 30 days without further order of the Court; and it is further

ORDERED that following initial service by the United States Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be accomplished by email, facsimile transmission, or other verifiable electronic means, provided that such supplemental service accords with the garnishee's written rules or policies regarding service, if any.  Such supplemental service shall be deemed to be made within the District if a natural person within the District caused the service to be transmitted to a garnishee having an office within the District; and it is further

ORDERED that service on any garnishee as described above is deemed effective for the length of time and to the extent that the garnishee's written rules or policies so provide; and it is further

ORDERED that a copy of this Order be attached to and served with the Process of Maritime Attachment and Garnishment; and it is further

ORDERED that if any of the Defendant's property is attached, the Plaintiff shall give prompt notice to the Defendant of the attachment. Such notice shall be in writing, and may be given outside of the District by telex, telegram, cable, fax, or other verifiable electronic means.

The Writ of Maritime Attachment and Garnishment authorized herein shall remain in effect for an initial period of ninety (90) days.  Prior to its expiration, plaintiff may

2

request renewal upon showing of sufficient reason to maintain this order in place. Plaintiff shall provide the Court with a report on the status of this matter within ninety (90) days from the date of this Order. In the event such report or application for renewal is not submitted as specified, the Court may dismiss the action and vacate the order of attachment.

Dated:     July 21, 2008
           New York, New York

ALVIN K. HELLERSTEIN
United States District Judge (Part I)