11773

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| NAVISION SHIPPING CO. A/S, | Case No. 08 CIV 6474 |
| Plaintiff, | (Judge Swain) |
| - against - | NOTICE OF ATTACHMENT PURSUANT LOCAL ADMIRALTY RULE B.2 |
| CAMELOT SHIPPING GMBH & CO. K/S | |
| Defendants. | |

-----------------------------------------------------------x

**PLEASE TAKE NOTICE** that pursuant to the Local Admiralty and Maritime Rule B.2, Plaintiff, **NAVISION SHIPPING CO. A/S**, hereby states that on July 24, 2008, it attached funds of Defendant, **CAMELOT SHIPPING GMBH & CO. K/S**, at **JPMorgan Chase Bank, New York**, in the following amount: **$49,099.18**.

Dated in the City of New York on July 28, 2008

                                                            Respectfully submitted,

                                                            JUNGE & MELE, LLP
                                                           *Attorneys for Plaintiff*

                                                           /s/ Peter A. Junge
                                                           _____
                                                           Peter A. Junge (PJ-0745)
                                                           29 Broadway
                                                           New York, NY 10006
                                                           (212) 269-0061

To:    Camelot Shipping GmbH & Co. KG
         Waldweg 26
         21717 Helmste (Deinste), Germany
         Tel. 04149 93 46 66

## AFFIRMATION OF SERVICE

**Peter A. Junge**, an attorney at law duly admitted to practice law in the courts of the State of New York, and in the U.S. District Court for the Southern District of New York, affirms under penalty of perjury that on **July 29, 2008**, the document listed below was duly served on the named addressee below by enclosing said document in a sealed envelope, with international air mail postage pre-paid, and depositing same in a mail box of the United States Postal Service located at 29 Broadway, New York, NY:

DOCUMENT(S) SERVED:   **NOTICE OF ATTACHMENT PURSUANT LOCAL ADMIRALTY RULE B.2**

ADDRESSEE(S):   **Camelot Shipping GmbH & Co. KG**
**Waldweg 26**
**21717 Helmste (Deinste), Germany**

Dated in the City of New York on July 29, 2008

/s/ Peter A. Junge

_____
Peter A. Junge